UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | ) | |
| DANIEL C. RICHARDSON, *et al.,* | ) | |
| | ) | |
| Plaintiff-Relator, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-11821-NG |
| | ) | |
| BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff-Realtor Daniel C. Richardson ("Richardson") and Defendant Bristol-Myers

Squibb Company ("BMS") jointly stipulate and agree that:

1.      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure an order should be

entered dismissing, with prejudice, all of Plaintiff-Relator's claims for an award of statutory

expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d), or under any state statute, law,

or regulation.

2.      The parties respectfully request that the Court enter an order in the form of the

attached proposed order.

Respectfully Submitted,


/s/ Robert D. Keefe                          /s/ David K. Colapinto
Robert D. Keefe                              David K. Colapinto
(BBO # 263760)                               (BBO # 551835)
WilmerHale                                   Kohn, Kohn, & Colapinto, LLP
60 State Street                              3233 P. Street, N.W.
Boston, MA 02109                             Washington, DC 20007-2756
Phone: (617) 526-6334                        Phone: (202) 342-6980
Fax: (617) 526-5000                          Fax: (202) 342-6984


and                                          Attorney for Plaintiff-Realtor

/s/ Mitchell J. Lazris
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Phone:  202-637-5600

Attorneys for Defendant

Date:  February 4, 2011

## CERTIFICATE OF SERVICE

Notice of this filing will be sent by email to all parties by operation of the court's

electronic filing system or by mail to those parties indicated above who are not able to accept

electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing

through the court's CM/ECF System.


By:     /s/ David K. Colapinto
        David K. Colapinto